Commonwealth *v.* Bonaparte, II, Appellant.

Argued March 11, 1974. *Peter Kemeny,* for appellant; *Morrison B. Williams,* Assistant District Attorney, with him *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Bromage, Appellant.

Argued March 27, 1974. *Peter G. Loftus,* for appellant; *Ernest D. Preate, Jr.,* Assistant District Attorney, with him *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.